IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALL-STAR PRODUCTS, INC.,

    Plaintiff,

VS.

RUEY CHAANG ELECTRIC CO., LTD.,

    Defendant

and                                               Civil Action No. 2:05-CV-02268-B/P

RUEY CHAANG ELECTRIC CO., LTD.,

    Counter-Plaintiff,

VS.

ALL-STAR PRODUCTS, INC.,

    Counter-Defendant.

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to Rule 16(b) and Rule 26(f), the parties have met and agreed to the following deadlines:

RULE 26(a)(1) DISCLOSURES: **December 30, 2005**

JOINING PARTIES: **February 6, 2006**

AMENDING PLEADINGS: **February 6, 2006**

COMPLETING ALL DISCOVERY: **September 5, 2006**

    (a)    REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSION: **June 5, 2006**

M TFB 914825 v1
2790857-000001 11/28/05

    (b)    NON-EXPERT DEPOSITIONS: **June 5, 2006**

    (c)    EXPERT WITNESS IDENTIFICATION DISCLOSURES UNDER RULE 26(a)(2)

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: **July 5, 2006**

        (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: **August 7, 2006**

        (3)    EXPERT WITNESS DEPOSITIONS: **September 5, 2006**

FILING DISPOSITIVE MOTIONS: **November 5, 2006**

FINAL LISTS OF WITNESSES AND EXHIBITS UNDER RULE 26(a)(3):

    (a)    For Plaintiff: _____ (45 days before trial)

    (b)    For Defendant: _____ (30 days before trial)

OTHER RELEVANT MATTERS:

No other depositions may be scheduled to occur after the discovery cutoff date unless agreed to by counsel. All motions, discovery requests, or other filings must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 5 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation ~~after~~ on or before (TMP) the close of discovery.

2

The parties are reminded that pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

**IT IS SO ORDERED** this 8 day of December, 2005.

Tu M. Pham
UNITED STATES MAGISTRATE JUDGE
Date: _____

APPROVED:

Thomas Barnett (TN Bar No. 21380)
Danny Awdeh (TN Bar No. 22663)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone (901) 526-2000
Attorneys for Plaintiff/Counter-Defendant, All-Star Products, Inc.

3

*James B. Summers* – by permission
James B. Summers (TN Bar No. 4721)
ALLEN, SUMMERS, SIMPSON,
LILLIE & GRESHAM, PLLC
80 Monroe Avenue, Suite 650
Memphis, TN 38103
Attorney for Defendant/Counter-Plaintiff

4

M TFB 914825 v1
2790857-000001 11/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02268 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas F. Barnett
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT